UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BELLOWS,<br><br>      Plaintiff,<br><br>   v.<br><br>K. VANG, et al.,<br><br>      Defendants. | Case No.: 1:22-cv-00300-KES-CDB<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS**<br><br>**14-DAY OBJECTION DEADLINE** |

Plaintiff Patricia Bellows is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.      RELEVANT BACKGROUND**

On March 4, 2024, the Court issued its Second Screening Order. (Doc. 14.) This Court found Plaintiff's first amended complaint plausibly alleges Eighth Amendment failure to protect claims against Defendants Villaboas and Voguel, as well as an Eighth Amendment deliberate indifference to serious medical needs claim against Defendant McClain but fails to allege any other cognizable claim against any other named Defendant. (*Id*. at 5-14.) As a result, Plaintiff was ordered to do one of the following within 21 days of the date of service of the order: (1) notify the Court in writing that she did not wish to file a second amended complaint and she was willing to proceed only on the Eighth Amendment failure to protect claims against Defendants Villaboas and Voguel, and the Eighth Amendment deliberate indifference to serious medical needs claim

against Defendant McClain; the remaining claims against any defendant to be dismissed; *or* (2) file a second amended complaint curing the deficiencies identified by the Court in the Second Screening Order; *or* (3) file a notice of voluntary dismissal. (*Id*. at 15.)

In an April 12, 2024 filing, dated and signed March 27, 2024, Plaintiff states that she is "not going forth with a second amendment and agree(s) to proceed only on the cognizable claim(s)" identified by the Court. (*Id*.)

## II.     CONCLUSION AND RECOMMENDATIONS

For the reasons set forth in the Court's Second Screening Order, the Court **RECOMMENDS** that:

1. This action **PROCEED** *only* on Plaintiff's Eighth Amendment failure to protect claims against Defendants Villaboas and Voguel, and Eighth Amendment deliberate indifference to serious medical needs claim against Defendant McClain, pursuant to 42 U.S.C. § 1983;

2. The remaining claims in Plaintiff's first amended complaint be **DISMISSED**; and

3. Defendants Gonzales and K. Vang be **DISMISSED** from this action.

These Findings and Recommendations will be submitted to the district judge assigned to this case, pursuant to 28 U.S.C. § 636(b)(l). **Within 14 days** of the date of service of these Findings and Recommendations, a party may file written objections with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may result in waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **April 18, 2024**                                                   _____
                                                                                                UNITED STATES MAGISTRATE JUDGE