UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BELLOWS,<br><br>               Plaintiff,<br><br>   v.<br><br>K. VANG, et al.,<br><br>               Defendants. | Case No.: 1:22-cv-00300-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. 19) |

      Plaintiff Patricia Bellows is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On March 4, 2024, the assigned magistrate judge issued a screening order on plaintiff's first amended complaint. Doc. 14. The magistrate judge found that plaintiff's first amended complaint stated cognizable claims and that this case could proceed on plaintiff's Eighth Amendment failure to protect claims against Defendants Villaboas and Voguel, and Eighth Amendment deliberate indifference to serious medical needs claim against Defendant McClain. *Id.* at 15. The magistrate judge ordered plaintiff, within 21 days, to (1) notify the court in writing that she did not wish to file a second amended complaint and was willing to proceed on the cognizable claims, (2) file a second amended complaint, or (3) file a notice of voluntary dismissal. *Id.* On April 12, 2024, plaintiff filed a notice to proceed on the claims the magistrate

judge had found cognizable. Doc. 17.

Following the receipt of plaintiff's notice to proceed on cognizable claims, on April 19, 2024, the assigned magistrate judge issued findings and recommendations to dismiss certain claims and defendants, consistent with plaintiff's notice. Doc. 19. Specifically, the magistrate judge recommended this action proceed only on plaintiff's Eighth Amendment failure to protect claims against defendants Villaboas and Voguel, and Eighth Amendment deliberate indifference to serious medical needs claim against defendant McClain, and that the remaining claims in the first amended complaint be dismissed. *Id*. at 2. It was further recommended that defendants Gonzales and K. Vang be dismissed from the action. *Id*. Plaintiff was afforded 14 days within which to file any objections. *Id*.

On April 22, 2024, plaintiff filed a document titled "Objections to Magistrate Judge's Findings and Recommendations." Doc. 20. This document is dated April 15, 2024, and therefore predates the magistrate judge's April 19, 2024 findings and recommendations to dismiss certain claims and defendants. A review of the objections reveals plaintiff was objecting to a now-vacated recommendation to dismiss this action for failure to obey court orders and failure to prosecute. *See* Docs. 16, 18. In her filing, Plaintiff notes that she sent a "request to proceed on claims that were cognizable against Villaboas, Voguel and [Mc]Clain on March 27, 2024," and requests that her case not be dismissed due to her late response to a court order. *See* Doc. 20. Plaintiff's objections concern now-vacated findings and recommendations to dismiss the case, which are no longer pending. Moreover, plaintiff reiterates in her filing her desire to proceed on the claims the magistrate judge found cognizable. Accordingly, plaintiff's filing supports the pending findings and recommendations to dismiss certain claims and defendants and proceed on cognizable claims.

In accordance with 28 U.S.C. § 636(b)(1), this court conducted a de novo review of this case. Having reviewed the file, the court concludes the findings and recommendations are supported by the record and proper analysis. Accordingly, IT IS HEREBY ORDERED that:

 1. The findings and recommendations issued on April 19, 2024 (Doc. 19) are ADOPTED IN FULL;

2. This action PROCEEDS *only* on plaintiff's Eighth Amendment failure to protect claims against defendants Villaboas and Voguel, and Eighth Amendment deliberate indifference to serious medical needs claim against defendant McClain;

3. The remaining claims in plaintiff's first amended complaint are DISMISSED;

4. Defendants Gonzales and K. Vang are DISMISSED from this action; and

5. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: ___August 26, 2024___        _____
                                    UNITED STATES DISTRICT JUDGE