UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BELLOWS,<br><br>        Plaintiff,<br><br>  v.<br><br>K. VANG, et al.,<br><br>        Defendants. | Case No.: 1:22-cv-00300-KES-CDB<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 30)<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS TO DISMISS THIS ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE**<br><br>(Doc. 31)<br><br>**ORDER DIRECTING COUNSEL FOR DEFENDANTS TO COORDINATE SETTLEMENT CONFERENCE** |

      Plaintiff Patricia Bellows is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.    INTRODUCTION**

      The Court issued its Order Referring Case to Post-Screening ADR and Staying Case for 120 Days on October 30, 2024. (Doc. 28.) In relevant part, the parties were directed to "file the attached notice, indicating their agreement to proceed to an early settlement conference or their belief that settlement is not achievable at this time" within 45 days of the date of the order. (*Id*. at 2.) Defendants timely filed their notice on December 13, 2024. (Doc. 29.)

On December 18, 2024, when more than 45 days passed without a response from Plaintiff, the Court issued its Order to Show Cause (OSC) Why Action Should Not Be Dismissed for Plaintiff's Failure to Obey Court Order. (Doc. 30.) Plaintiff was directed to file a written response, or, in the alternative, the notice concerning an early settlement conference, within 14 days. (*Id*. at 2.)

On January 10, 2025, when more than 14 days, including time for mailing, passed without a written response from Plaintiff, the Court issued Findings and Recommendations to dismiss this action for Plaintiff's failure to obey courts orders and failure to prosecute. (Doc. 31.)

On January 13, 2025, Plaintiff filed a response to the OSC. (Doc. 32.)

## II. DISCUSSION

Briefly stated, Plaintiff's written response to the OSC asserts she complied with the Court's order "and filled out and completed the Notice regarding Early Settlement." Plaintiff states she also spoke to defense counsel by telephone about settlement. Plaintiff believes she has complied with the Court's orders, appears willing to participate in an early settlement conference, and asks the Court not to dismiss this action.

Although the Court has not received a notice from Plaintiff concerning her willingness to participate in an early settlement conference, it accepts her assertion that she completed the notice and the inference that she submitted it for filing. Therefore, the Court will discharge the OSC and vacate its Findings and Recommendations issued January 10, 2025.

## III. CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS**:

1. The OSC (Doc. 30) issued December 18, 2024, is **DISCHARGED**;
2. The Findings and Recommendations (Doc. 31) issued January 10, 2025, are **VACATED**; and

///

///

3. Defense counsel is **DIRECTED** to continue to work with the undersigned's courtroom deputy and/or other court staff to schedule a settlement conference in this matter. *See* (Doc. 28 at 2).

IT IS SO ORDERED.

Dated:   **January 16, 2025**                                    _____
                                                                 UNITED STATES MAGISTRATE JUDGE

3