**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICIA BELLOWS, | Case No. 1:22-cv-00300-KES-CDB |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| v. | |
| K. VANG, *et al.*, | |
| Defendants. | |

**Patricia Bellows, CDCR # WF-2476**, a necessary and material witness in a settlement conference in this case on April 10, 2025, is confined in the California Institution for Women (CIW), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Stanley A. Boone, by Zoom video conferencing from her place of confinement, on **Thursday, April 10, 2025, at 9:00 a.m.**

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by telephonic conferencing, to participate in a settlement conference call at the time and place above, until completion of the settlement conference call or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at CIW via email, at CDCRCIWLitigationCoordinator@cdcr.ca.gov.

4. Any difficulties connecting to the video conference shall immediately be reported to Jan Nguyen, Courtroom Deputy, at jnguyen@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CIW, 16756 Chino-Corona Road, Corona, California 92880:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Stanley A. Boone at the time and place above, by video conferencing, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:    **February 25, 2025**    _____

UNITED STATES MAGISTRATE JUDGE

