UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BELLOWS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>K. VANG, et al.,<br><br>　　　　Defendants. | Case No.: 1:22-cv-00300-CDB<br><br>**ORDER GRANTING DEFENDANTS' SECOND EX PARTE APPLICATION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 51) |

Plaintiff Patricia Bellows is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The action proceeds on Plaintiff's constitutional claims against Defendants M. Valerio, J. Villalobos, and A. Vogel.[1]

**I.　INTRODUCTION**

The Court issued its Discovery and Scheduling Order on April 11, 2025. (Doc. 45.)

On May 5, 2025, this action was reassigned to the undersigned for all further purposes, including trial and entry of judgment. (Doc. 47.)

On August 8, 2025, Defendants filed an Ex Parte Application to Modify Scheduling Order, Vacate the Exhaustion Motion for Summary Judgment Deadline (MSJ), and Allow Defendants to File a Singular Summary Judgment Motion on Both the Merits and Exhaustion, if

---

[1] Defendants were erroneously sued as "McClain," "Villaboas," and "Voguel," respectively.

Applicable. (Doc. 48.) On August 11, 2025, the Court granted Defendants' request in part. (Doc. 49.) Specifically, it declined to combine the deadline for exhaustion-based and merits-based summary judgment motions and extended the deadlines for filing an exhaustion motion, the completion of discovery, and filing a merits-based dispositive motion. (*Id*. at 2-3.)

On November 6, 2025, Defendants filed a second request to modify the Discovery and Scheduling Order, asking the Court to vacate the presently set deadlines, including the exhaustion-based motion deadline set for November 10, 2025, pending resolution of their motion to compel written discovery from Plaintiff. (Doc. 51.)[2] The Court deems any response by Plaintiff unnecessary.

## II.   DISCUSSION

Defendants ask the Court to modify the scheduling order by vacating the exhaustion-based summary judgment motion filing deadline, the deadline to complete discovery, and the merits-based summary judgment motion filing deadline. Defendants assert they may be prejudiced absent such modification "by not being able to obtain all information in assessing each and every defense available to them in this case," and state they may require additional time and resources where "Plaintiff may fail to prosecute, or otherwise follow Court orders in, which may result in sanctions, including dismissal, which would be a waste of resources." Defendants' request is supported by the Declaration of Brittany Boiko.

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). This good cause standard "primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). The court may modify the scheduling order "if it cannot reasonably be met despite the diligence of the party seeking the extension." *Id*. If the party was not diligent, the inquiry should end. *Id.*

The Court finds good cause to modify the scheduling order. It will vacate the relevant deadlines pending resolution of Defendants' motion to compel written responses from Plaintiff.[3]

---

[2] That same date, Defendants filed a motion to compel. (Doc. 50.)

[3] Plaintiff's opposition or statement of non-opposition to Defendants' pending motion is due by November 27, 2025.

2

Following resolution of the motion, the Court will issue a new scheduling order, resetting the relevant discovery and motion deadlines.

### III. CONCLUSION AND ORDER

For good cause shown, the Court **HEREBY ORDERS**:

1. Defendants' ex parte application to modify the scheduling order (Doc. 51) is **GRANTED**;
2. The Discovery and Scheduling Order issued April 11, 2025 (Doc. 45) is **VACATED**; and
3. The Court will issue a new scheduling order, resetting the relevant deadlines, following resolution of Defendants' pending motion to compel.

IT IS SO ORDERED.

Dated:   **November 7, 2025**

UNITED STATES MAGISTRATE JUDGE

---

*See* Local Rule 230(*l*).                                    3