
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BELLOWS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>K. VANG, et al.,<br><br>　　　　　Defendants. | Case No.: 1:22-cv-00300-CDB<br><br>**ORDER TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO COMPEL**<br><br>**14-DAY DEADLINE** |

Plaintiff Patricia Bellows is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's Eighth Amendment failure to protect claims against Defendants Villalobos and Vogel, and Eighth Amendment deliberate indifference to serious medical needs claim against Defendant Valerio.[1]

**I.    RELEVANT BACKGROUND**

The Court issued its Discovery and Scheduling Order on April 11, 2025. (Doc. 45.)

On November 6, 2025, Defendants filed a motion to compel responses to written discovery. (Doc. 50.)

Despite the passage of more than 21 days, Plaintiff has failed to file an opposition or statement of non-opposition to Defendants' motion.

//

---

[1] Villalobos was sued as "Villaboas," Vogel as "Voguel," and Valerio as "McClain." (*See* Doc. 27.)

## II. DISCUSSION

The Local Rules, corresponding with Federal Rule of Civil Procedure 11, provide, "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." *See* Local Rule 110. Pursuant to Local Rule 230(*l*), any opposition "to the granting of [a] motion shall be served and filed by the responding party not more than twenty-one (21) days after the date of service of the motion. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect …."

Because Defendants filed and served the pending motion on November 6, 2025, any opposition or statement of non-opposition by Plaintiff was due to be filed on or about November 27, 2025, plus time for mailing. Despite the passage of nearly 30 days, Plaintiff has failed to file either an opposition or statement of non-opposition to Defendants' motion.

## III. CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS** Plaintiff to show cause in writing,[2] **within 14 days** of the date of service of this Order, why sanctions should not be imposed for her failure to comply with the Local Rules. Alternatively, within that same time, Plaintiff may file an opposition or statement of non-opposition to Defendants' motion filed November 6, 2025.

**Any failure by Plaintiff to respond to this Order may result in dismissal of this action for a failure to obey court orders and the Local Rules, and for failure to prosecute.**

IT IS SO ORDERED.

Dated:   **December 5, 2025**                                   _____
                                                                                    UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff previously has been ordered to show cause for her failure to obey a Court order (*see* Doc. 30) and has been reminded of her obligations concerning litigation in this Court pursuant to its Local Rules (*see* Doc. 37).