UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BELLOWS,<br><br>               Plaintiff,<br><br>     v.<br><br>K. VANG, et al.,<br><br>               Defendants. | Case No.: 1:22-cv-00300-CDB<br><br>**ORDER CONSTRUING PLAINTIFF'S FILING OF APRIL 14, 2026, AS AN OPPOSITION TO DEFENDANTS' PENDING MOTION**<br><br>(Doc. 60)<br><br>**ORDER DIRECTING CLERK OF THE COURT TO MODIFY DOCKET DESCRIPTION OF ENTRY NUMBER 60**<br><br>(Doc. 60)<br><br>**ORDER DIRECTING DEFENDANTS TO FILE ANY REPLY TO PLAINTIFF'S OPPOSITION WITHIN 14 DAYS** |

Plaintiff Patricia Bellows is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.     BACKGROUND**

On March 18, 2026, Defendants filed a Motion for Terminating Sanctions. (Doc. 59.) Any opposition by Plaintiff to Defendants' motion was due within 21 days pursuant to Local Rule 230(*l*).

On April 14, 2026, Plaintiff filed a document titled "Motion for Reconsideration to Vacate Judgement." (Doc. 60.)

## II.   DISCUSSION

The Court has reviewed Plaintiff's filing of April 14, 2026. Initially, the Court notes that because no judgment has been entered for any party, a motion "to vacate judgement" is unnecessary.

Next, it appears Plaintiff's filing concerns the arguments presented in Defendants' pending motion. It addresses discovery requests sought by Defendants and appears to assert Plaintiff "sent [the discovery responses] twice." Further, the filing includes exhibits seemingly relevant to Defendants' discovery requests and the issue of administrative exhaustion. Therefore, the Court construes Plaintiff's April 14 submission as an opposition to Defendants' motion for terminating sanctions. As a result, the Court will direct the Clerk of the Court to modify the relevant docket entry accordingly. Lastly, the Court will direct Defendants to file any reply to the construed opposition within 14 days of this order.

## III.   CONCLUSION AND ORDER

For the reasons stated, the Court **HEREBY ORDERS** as follows:

1. Plaintiff's April 14, 2026, filing is **CONSTRUED** to be an opposition to Defendants' pending motion for terminating sanctions;

2. The Clerk of the Court is **DIRECTED** to modify Docket Entry 60 to reflect the filing is "Plaintiff's Opposition to Defendants' Motion for Terminating Sanctions" or similar language; and

3. Defendants **SHALL** file any reply to Plaintiff's opposition **within 14 days** of the date of this order. Upon the filing of any reply, or the expiration of the 14-day deadline, the motion will be deemed submitted and decided in due course.

IT IS SO ORDERED.

Dated:   **April 15, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2