IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICIA BELLOWS,** | Case No. 1:22-cv-00300-CDB |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION** |
| **v.** | (Doc. 63) |
| **VANG, et al.,** | **ORDER VACATING DISCOVERY AND SCHEDULING ORDER** |
| Defendants. | |

Defendants applied ex parte to vacate the operative deadlines in this case to permit the Court to resolve their pending motion for terminating sanctions. Good cause appearing, Defendants' Application (Doc. 63) is **GRANTED.** The scheduling order issued January 8, 2026 (Doc. 58) is **VACATED**. Defendants' pending motion for terminating sanctions (Doc. 59) is fully briefed (Docs. 59, 60, 62) and will be decided in due course. The Court will reissue a scheduling order, if necessary, once the pending motion is resolved.

IT IS SO ORDERED.

Dated:   **May 4, 2026**

_____
UNITED STATES MAGISTRATE JUDGE